UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARINETE D. MAMERTO                         CIVIL ACTION

VERSUS                                      NO: 03-3240

JOANNE B. BARNHART,                         SECTION: A/4
COMMISSIONER OF SOCIAL SECURITY

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that the ALJ's decision granting Marinete D. Mamerto's claim for Disability Insurance Benefits as a disabled widow is **AFFIRMED**.

New Orleans, Louisiana, this 8th day of December 2005.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE